IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARKER STALLINGS                                                                                    PLAINTIFF

v.                                    CASE NO. 3:23-CV-00034-BSM

UNITED STATES OF AMERICA, *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE